IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID K. SADLER,
    Petitioner,

vs.                                           Case No.: 5:07cv271/MCR/EMT

UNITED STATES,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Petitioner's Motion for Voluntary Dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2241 (Doc. 8). As grounds for dismissal, Petitioner states he should properly bring his claims in a motion to vacate sentence under § 2255, instead of in a habeas petition under § 2241 (*id.*).

        Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment. Because Respondent has not yet served an answer in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time. The dismissal should be without prejudice to Petitioner's presenting his claims in a motion to vacate sentence under § 2255. Petitioner should be aware that § 2255 establishes a one-year period of limitation for filing a motion to vacate sentence challenging a federal court judgment. The one-year period normally runs from date upon which the conviction became final. 28 U.S.C. § 2255. Additionally, the fact that the instant petition is dismissed without prejudice does not preclude a determination that a subsequently filed § 2255 petition is untimely or otherwise procedurally barred.

        Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's Motion for Voluntary Dismissal (Doc. 8) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 19th day of February 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**